UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL SPEIDEL,

    Plaintiff;

v.                                                Case No.: 2:13-cv-00852-JES-DNF

JP MORGAN CHASE & CO.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, MICHAEL SPEIDEL, serves this notice of the voluntary dismissal of the above cause with prejudice, each party to bear own fees and costs, this matter being amicably resolved.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is also served this day to counsel of record, Brian C. Frontino, Esq., Attorney for the Defendant, at bfrontino@stroock.com, via transmission of Notices of Electronic Filing generated by CM/EFC on this 30th day of June, 2014.

                                                      VILES & BECKMAN, LLC.
                                                      Attorneys for Plaintiff
                                                      6350 Presidential Court Suite A
                                                      Fort Myers  FL  33919
                                                      239-334-3933

                                                      By: Michael Beckman, Esq.
                                                      Michael L. Beckman
                                                      Florida Bar No.:  0128279