UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL SPEIDEL,

    Plaintiff,

v.                               Case No: 2:13-cv-852-FtM-29DNF

JP MORGAN CHASE & CO.,

    Defendant.

_____

## ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. #16) filed on June 30, 2014. No answer or motion for summary judgment has been filed by defendant; therefore a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice and with each party to bear their own costs and attorney fees. The Clerk shall enter judgment accordingly, terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __1st__ day of July, 2014.

                                                    JOHN E. STEELE
                                                    UNITED STATES DISTRICT JUDGE

Copies to: Parties of record